[Civil No. 491.]

PETER BOWEN, Appellant, v. BANK OF BRITISH COLUMBIA, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. A. C. Baker, Judge.

J. B. Woodward, for Appellant.

Joseph Campbell, for Appellee.

July 12, 1895. Affirmed.

---

[Civil No. 493.]

NERI OSBORN, Appellant, v. THE CENTRAL AVENUE DRIVING ASSOCIATION, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa. A. C. Baker, Judge.

C. F. Ainsworth, for Appellee.

July 12, 1895. Affirmed.

---

[Criminal No. 107.]

RAMON ESCAROSA, Appellant, v. UNITED STATES OF AMERICA, Respondent.

APPEAL from the District Court of the First Judicial District. J. D. Bethune, Judge.

Frank H. Hereford, for Appellant.

E. E. Ellinwood, United States District Attorney, for Respondent.

July 13, 1895. Affirmed.